AO-10
Rev. 1/2001

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2005

*Report Required by the Ethics in Government Act of 1978, (5 U.S.C. App., §§101-111)*

| 1. Person Reporting *(Last name, first, middle initial)* <br> ANDERSEN, WAYNE R. | 2. Court or Organization <br> U.S. DISTRICT COURT, NDIL | 3. Date of Report <br> 04/25/2006 |
|---|---|---|

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* <br><br> U.S. DISTRICT COURT JUDGE | 5. ReportType (check appropriate type) <br><br> ___ Nomination, Date _____ <br><br> ___ Initial   X   Annual ___ Final | 6. Reporting Period <br><br> 01/01/2005 to 12/31/2005 |
|---|---|---|

| 7. Chambers or Office Address <br> 219 South Dearborn Street, Suite 1486 , Chicago, Illinois 60604 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. <br><br> Reviewing Officer _____ Date_____ |
|---|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| NONE (No reportable positions.) | |
| 1 Director | Rehabilitation Institute of Chicago |
| 2 | |
| 3 | |

2006 MAY -8 A 11:53
FINANCIAL DISCLOSURE OFFICE
RECEIVED

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| x  NONE (No reportable agreements.) | |
| 1 Co-Author | I have an agreement with James Publishing Company to co-author a book about federal civil practice before trial. The book is not yet published so no royalties have yet been paid. |
| 2 | |
| 3 | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | GROSS INCOME <br> (yours, not spouse's) |
|---|---|---|
| NONE (No reportable non-investment income.) | | |
| 1 | ▅▅▅▅▅▅▅▅▅▅ receives a salary. (See attached letter). | $ |
| 2 | | $ |
| 3 | | $ |
| 4 | | $ |

$ ____

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| SOURCE | DESCRIPTION |
|---|---|
| [X] NONE (No such reportable reimbursements.) | |
| | |
| | |
| | |
| | |
| | |
| | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| [ ] NONE (No such reportable gifts.) | | |
| Union League Club, Chicago, Illinois | I am a member of this club. The privilege is available to any federal judge. I pay $60.00 per month in dues and | $ 1,872.00 |
| | pay for all purchases, such as meals. Monthly dues for regular members are $216.00. | $ |
| Buckingham Club, Chicago, Illinois | I am a member of this club. The privilege is available to any federal judge. Monthly dues are $155.00. I pay for | $ 1,860.00 |
| | all purchases, such as meals. | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| [X] NONE (No reportable liabilities.) | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| *Value Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | | P2=$5,000,001-$25,000,000 | |
| | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more | | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Wayne R. Andersen | 04/25/2006 |

## VII. Page 1  INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE   (No reportable income, assets, | | | | | | | | | |
| 1   Checking Acct. Glenview State Bank | A | Interest | J | T | | | | | |
| 2   Anheuser Busch common stock | A | Dividend | K | T | | | | | |
| 3   IL Judges Retirement Sys.  Pension Vested | E | Annui y | K | T | | | | | |
| 4   IL Judges Retirement Sys. Pension Vested | | None | J | T | | | | | |
| 5   IL State Employees Retirement Vested | | None | B | T | | | | | |
| 6   U.S. Savings Bond | | None | L | T | | | | | |
| 7   U.S. Savings Bond | | None | J | T | | | | | |
| 8   Deferred compensation, State of Illinois | | None | L | T | | | | | |
| 9   Motorola Inc. common stock (IRA) | A | Dividend | K | T | Buy▬ | 11/18 | J | | |
| 10  Service Master Corp. common stock | A | Dividend | K | T | | | | | |
| 11  MBNA Corp. common stock * | B | Dividend | L | T | | | | | |
| 12  American Century 20ʰ Mutual Funds | A | Dividend | L | T | | | | | |
| 13  US Bancorp (IRA) | B | Dividend | K | T | | | | | |
| 14  Jones Lang LaSalle common stock (IRA) | A | Dividend | K | T | Sold▬ Sold▬ | 11/18 4/27 | J J | D D | |
| | | | | | Sold▬ | 5/16 | J | D | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting (1) Amt. Code1 (A-H) | (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 15 EMC Corp. common stock (IRA) | A | Dividend | J | T | | | | | |
| 16 EMC Corp. common stock | A | Dividend | J | T | | | | | |
| 17 Checking account BankOne | A | Interest | J | T | | | | | |
| 18 Starbucks Corp. common stock (IRA) | A | Dividend | K | T | Sold ███ | 11/30 | J | D | |
| 19 Pixar Inc. common stock (IRA) | A | Dividend | L | T | Sold ███ | 4/27 | J | C | |
| 20 Janus Mutual Funds | A | Dividend | K | T | | | | | |
| 21 Intermune Pharmaceuticals common stock (IRA) | A | Dividend | J | T | | | | | |
| 22 Family Dollar Stores (IRA) | A | Dividend | J | T | Sold all ███ | 4/27 | J | B | |
| 23 Amazon.com, Inc., conv. rate 4.75% due 2/1/09 (IRA) | B | Interest | K | T | | | | | |
| 24 West Point Bank Checking Account | A | Interest | J | T | | | | | |
| 25 Nuveen Preferred Income Fund (IRA) | B | Dividend | J | T | | | | | |
| 28 Northwestern Mutual Life Policies | A | Dividend | K | T | | | | | |
| 30 Chicos Fas Inc. (IRA) | A | Dividend | K | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

A.

**NONE** (No reportable income, assets, or transactions)

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 31 | Marvel Enterprises, Inc. (IRA) | A | Dividend | K | T | Buy | 4/27 | K | |
| | | A | Dividend | | T | Sold shares | 7/12 | K | D |
| 32 | Weight Watchers, Intl. Inc. (IRA) | A | Dividend | K | T | Sold all | 4/27 | K | A |
| 33 | Stericycle Inc. (IRA) | A | Dividend | K | T | | | | |
| 34 | Nuveen Investments Class A (IRA) | B | Dividend | L | T | | 4/27 | K | |
| 35 | Guitar Center Inc. (IRA) | A | Dividend | K | T | Sold all | 8/30 or 12/15 | | C |
| 36 | Ustar.com, Inc. (IRA) ** | A | Dividend | J | T | Sold all | 12/19 | K | A |
| 37 | Southwest Airlines Co. (IRA) | A | Dividend | K | T | Buy | 5/16 | K | |
| 38. | Aviall Inc. (IRA) | A | Dividend | | T | Buy | 11/30 | K | |
| 39. | Int'l Speedway Corp. CL A (IRA) | A | Dividend | K | T | Buy | 5/16 | K | |
| 40. | Lazard Ltd. CL A (IRA) | B | Dividend | K | T | Buy | 12/13 | K | |
| 41. | Time Warner (IRA) | A | Dividend | K | T | Buy | 12/19 | K | |
| 42. | Univision Communications (IRA) | A | Dividend | | T | Buy | 11/23 | J | |
| 43. | Freescale Semiconductor (Security) *** | | | | | Sold | 12/19 | | A |
| 44. | McData (common stock) **** | A | Dividend | J | T | Acquired | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Income/Gain Codes:<br>(See Col. B1, D4) | or less<br>$100,000 | B=$1 | | C=$2 | | D=$5,001-$15,000<br>H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes:<br>(See Col. C1, D3) | or less | K=$15,001 | | P1=$<br>P4=More | | M=$100,001-$250,000<br>P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes:<br>(See Col. C2) | value | R=Cost (real estate only)<br>V=Other | | | | T=Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Wayne R. Andersen | 04/25/2006 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS  (Indicate part of Report.)

UBS Financial Services, Inc. is the custodian of my IRA account.  UBS Financial Services, Inc. and R.T. Jones Equities, Inc. invest cash on hand in accounts held in their name in money market funds, which, we believe, they choose and manage.

## Section VII   Investments and Trust continued.

\*          #11 MBNA Corp. is now known as Bank of America

\*\*         #36 Ustarcom.Inc. was previously reported and misspelled as Unistar.com

\*\*\*        #43 Freescale Semiconductor spun off of Motorola on 3/16/95.  The total value was less than $1,000.  Apparently I neglected to

report it in past years.

\*\*\*\*       #44 McData shares were acquired at an unknown date as a spin-off of EMC Corp.

## IX.  CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature ████████████████████                    Date _5/1/06_

NOTE:  ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
   United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544